```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

DUSTIN A. MCKENNA,                *
                                  *
    Plaintiff,                    *
                                  *
vs.                               *   CIVIL ACTION NO. 23-00343-B
                                  *
MARTIN O'MALLEY,                  *
Commissioner of Social            *
Security,                         *
                                  *
    Defendant.                    *

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the decision of the Commissioner of Social Security denying Plaintiff's claim for supplemental security income be **AFFIRMED.**

**DONE** this **14th** day of **August, 2024.**

                                              /s/ SONJA F. BIVINS
                                  **UNITED STATES MAGISTRATE JUDGE**